**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**PEPSICO, INC.,**

          **Plaintiff,**

  - against -

**LAISH ISRAELI FOOD PRODUCTS, LTD,**

          **Defendant.**
-------------------------------------------------------x

**ORDER**

**04 CV 4504 (NG) (KAM)**

**GERSHON, United States District Judge:**

     No objections have been filed to the November 30, 2005 Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto. The Court adopts the Report and Recommendation in its entirety. The Clerk of Court is directed to issue a permanent injunction against defendant, enjoining defendant, its officers, agents, servants, employees, successors and assigns from importing, selling, dealing, marketing or distributing in the United States soft drinks manufactured or bottled in Israel which bear plaintiff's federally registered trademarks, namely PEPSI, PEPSI-COLA, the distinctive red, white and blue logo, and any combinations of variations on this logo.

                              **SO ORDERED.**

                              _____/s/_____

                              **NINA GERSHON**
                              **United States District Judge**

Dated:     January 4, 2006
             Brooklyn, New York